FILED

2009 Sep-10  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

OUTCOMES, INC.                          )
                                        )
         Plaintiff,                     )
                                        )
v.                                      )         2:09-cv-1325-RBP
                                        )
PHYSICIAN'S ACADEMY FOR                 )
CLINICAL AND MANAGEMENT                 )
EXCELLENCE, INC.                        )
                                        )
         Defendant.                     )

## MEMORANDUM OPINION

      On August 25, 2009, the magistrate judge filed a report and recommendation recommending that the motion of the plaintiff, Outcomes, Inc. ("Outcomes") for default judgment be granted and that a default judgment in the amount of $126,684.90 be entered against the defendant, Physician's Academy for Clinical and Management Excellence, Inc. ("Physician's Academy"). (Doc. 10). The case has been reassigned to the undersigned. (Doc. 11). No objections have been filed to the magistrate judge's report and recommendation.

      Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, a default judgment will be entered in favor of Outcomes and against Physician's Academy in the amount of $126,684.90, which includes accrued interest, collection costs, and

attorneys' fees.  A Final Judgment will be entered.

**DONE** this the 10th day of September, 2009.

_____

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**